STATE of Missouri, Respondent,

v.

Steven L. MANNING, Appellant.

Steven L. MANNING, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46206, WD 48411.

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1994.

Application to Transfer Denied
Nov. 22, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

PER CURIAM.

### ORDER

A jury convicted Steven L. Manning of two counts of kidnapping and two counts of armed criminal action. Manning appeals the convictions and the denial of his Rule 29.15 motion for postconviction relief. We affirm the judgment of convictions and the denial of the postconviction relief. Rules 30.25(b) and 84.16(b).